JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

CINTIA KARINA GARCIA-ARCE,
Petitioner,
v.
TODD BLANCHE, et al.,
Respondents.

No. 5:26-cv-03367-BFM

**JUDGMENT**

On July 10, 2026, the Court issued an order granting the petition and ordered Petitioner Cintia Karina Garcia-Arce (A# 246-404-249) to be immediately released on the conditions of parole previously imposed. (ECF 12 at 11-12.) The Court directed Petitioner to notify the Court if her release was delayed for any reason. (ECF 12 at 12.) Petitioner has not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: JULY 17, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE